497 A.2d 608

**COMMONWEALTH of Pennsylvania**

**v.**

**Edward LOWY, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 23, 1985.

Petition for Allowance of Appeal GRANTED, No. 60 W.D. Appeal Docket 1985.